UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

ELSEVIER INC., BLACKWELL
PUBLISHING, LTD., WILEY
PERIODICALS, INC., WILEY-LISS,
INC., INFORMA UK LTD., AND INFORMA
USA, INC.,

                        Plaintiffs,

          -against-           10 Civ. 9058 (PAC)

                                ECF Case

ARUNJIT SINGH GUJRAL A/K/A ARUNJIT
SINGH A/K/A ARUN SINGH D/B/A
GLOBAL SERVICES, HARINDER SINGH
OBEROI A/K/A HARRY OBEROI, RAJNI
SINGH A/K/A RAJNI GUJRAL A/K/A
RAJNI OBEROI, JASJEEV SINGH A/K/A
JASJIT SINGH A/K/A JASJIV SINGH
A/K/A JASJIEV OBEROI, RAKESH CHADHA,
MEENU CHADHA A/K/A MEENA CHAD,
HARRY SINGH, PANIMA BOOK
DISTRIBUTORS, PANIMA SUBSCRIPTION
AGENCY, GLOBAL SERVICES AND JOHN
DOE NOS. 1-50,

                        Defendants.

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 13 DEC 2010

           ORDER TO SHOW CAUSE FOR AN ORDER OF
     ATTACHMENT, AND TEMPORARY RESTRAINING ORDER

       Upon the annexed declarations of Andrew Pitts, sworn to December 11, 2010, Paul Doda, sworn to December 10, 2010, Jean Fanucci, sworn to December 10, 2010, and William Dunnegan, sworn to December 13, 2010, all prior proceedings herein, it is hereby

ORDERED that defendants Arunjit Singh Gujral ("Gujral"), Panima Book Distributors, Panima Subscription Agency and Global Services (the latter three entities collectively, "Panima"), SHOW CAUSE before Hon. Paul A. Crotty, United States District Judge, in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, ~~New York, New York 10007,~~ Courtroom 20C, at 11:15 A.m. on December 22, 2010, or as soon thereafter as counsel may be heard, why an order should not be entered:

(i) Pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure and CPLR § 6201, attaching all accounts of Gujral and Panima at JPMorgan Chase Bank, and enjoining Gujral and Panima, and their agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this order, from transferring or withdrawing any funds from those accounts pending a further order of this Court; and

(ii) Granting such other and further relief as to the Court may seem just and proper.

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and New York CPLR § 6210, the Court makes the following preliminary findings of fact and conclusions of law on plaintiffs' application for a temporary restraining order.

1. This is an action for money damages.

2

2. Gujral is a non-domiciliary of the State of New York, currently residing in India.

3. Panima Subscription Agency is a foreign corporation organized and existing under the laws of India, and is not qualified to do business in the State of New York.

4. Panima Book Distributors is a foreign corporation organized and existing under the laws of India, and is not qualified to do business in the State of New York.

5. Global Services is either a legal entity organized and existing in a jurisdiction other than New York, or a fictitious identity of Gujral, not organized and existing under the laws of any state, and is not qualified to do business in the State of New York or the State of California.

6. Plaintiffs have demonstrated a likelihood of success on the merits of their claims for breach of contract, common law fraud, and common law conspiracy to defraud against Gujral and Panima and for a violation of 18 U.S.C. § 1962(c) and 18 U.S.C. § 1962(d) against Gujral.

7. Gujral and Panima have no counterclaim against plaintiffs.

8. An order of attachment is an appropriate exercise of the Court's discretion, as it is necessary to ensure that any judgment plaintiffs obtain in this action is satisfied. And it is further

ORDERED that, pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure and New York CPLR §§ 6201 and 6210, pending the hearing on plaintiffs' application for an order of attachment, the funds of Gujral and Panima at JPMorgan Chase Bank be, and hereby are, attached.  And it is further

ORDERED that Gujral and Panima, and their agents, servants, employees, and attorneys and all persons in active concert or participation with them who receive actual notice of this order, be, and hereby are, TEMPORARILY RESTRAINED from withdrawing any funds from their accounts at JPMorgan Chase Bank pending further order of the Court.

Plaintiffs shall serve a copy of this order, and the papers upon which it was granted, on Gujral and Panima on or before 5 p.m. on December 14, 2010 by dispatching a copy by Federal Express, or a comparable courier service to 34 Carriage Drive, Foothill Ranch, California and to 16 Prakash Apartments, 5 Ansari Road, Darya Ganj, New Delhi, India.

Gujral and Panima shall serve opposition papers on counsel for plaintiffs on or before 5 p.m. on December 17, 2010 either by hand or by Federal Express, or a comparable courier service.

Plaintiffs shall serve reply papers, if any,

4

on Gujral and Panima, or their counsel of record, on or before 2 p.m. on December 20, 2010 either by hand or by sending a copy by Federal Express, or a comparable courier service.

Plaintiffs shall post cash or bond with the Clerk of the Court on or before 10:00 a.m. on December 16, 2010, in the amount of $100,000 as a condition of the order of attachment and temporary restraining order set forth herein.

Dated: December 13, 2010
Issued at 4:30 p.m.

_____
Hon. Paul A. Crotty
U.S.D.J.

5