## Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an employee at the firm of Dunnegan LLC.

2. On December 14, 2010, before 5 p.m., I caused to be dispatched by Federal Express Priority Overnight mail a true copy of the order to show cause, the plaintiffs' memorandum in support of their motion for an order to show cause, and the supporting declarations of Pitts, Doda, Fanucci, and Dunnegan, with their accompanying exhibits, on the following:

> Arunjit Singh Gujral, Panima Book Distrib. Panima Subscription Agency and Global Services
> 34 Carriage Drive
> Foothill Ranch, California

> Arunjit Singh Gujral, Panima Book Distrib. Panima Subscription Agency and Global Services
> 16 Prakash Apartments
> 5 Ansari Road
> Darya Ganj, New Delhi
> India

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December 2010.

_____
Gervaise Mourlet