Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

ELSEVIER INC., BLACKWELL
PUBLISHING, LTD., WILEY
PERIODICALS, INC., WILEY-LISS,
INC., INFORMA UK LTD., AND INFORMA
USA, INC.,

       Plaintiffs,

  -against-        10 Civ. 9058 (PAC)

ARUNJIT SINGH GUJRAL A/K/A ARUNJIT  ECF Case
SINGH A/K/A ARUN SINGH D/B/A
GLOBAL SERVICES, HARINDER SINGH
OBEROI A/K/A HARRY OBEROI, RAJNI
SINGH A/K/A RAJNI GUJRAL A/K/A
RAJNI OBEROI, JASJEEV SINGH A/K/A
JASJIT SINGH A/K/A JASJIV SINGH
A/K/A JASJIEV OBEROI, RAKESH CHADHA,
MEENU CHADHA A/K/A MEENA CHAD,
HARRY SINGH, PANIMA BOOK
DISTRIBUTORS, PANIMA SUBSCRIPTION
AGENCY, GLOBAL SERVICES, AND
JOHN DOE NOS. 1-50,

       Defendants.

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 25 JAN 2011

  ORDER VACATING ORDER OF ATTACHMENT, RELEASING
   ATTACHMENT BOND AND DISMISSING ACTION

  Upon the representation of the plaintiffs that the action has been settled, and upon all prior proceedings in this action, it is hereby

  ORDERED that the order of attachment and preliminary injunction, entered January 3, 2011, be and hereby is vacated, and it is further

ORDERED that the Clerk shall promptly return to Dunnegan LLC the $100,000 cash posted on or about December 14, 2010; and it is further

ORDERED that pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action be, and hereby is, dismissed with prejudice and without costs. The Clerk of Court shall close this case. The Court will transmit a copy of this order to the SDNY Finance Dept.

Dated: January 25, 2011

_____
Hon. Paul A. Crotty
U.S.D.J.

Consent to Entry

The parties hereby consent to the entry of the foregoing final judgment and permanent injunction by consent.

Dated:   New York, New York
         January 24, 2011

>DUNNEGAN LLC
>
>By *William Dunnegan*
>William Dunnegan (WD9346)
>wd@dunnegan.com
>Laura Scileppi (LS0114)
>ls@dunnegan.com
>Attorneys for Plaintiffs
>350 Fifth Avenue
>New York, New York 10118
>(212) 332-8300